# STATEMENT OF OFFENSE

Your affiant, Joshua Miller is a Special Agent with the Federal Bureau of Investigation (FBI), and is assigned to squad CR-3, Transnational Organized Crime, Western Hemisphere, located at the FBI Washington Field Office, in Washington, D.C. As discussed at length below, your affiant is currently investigating a drug trafficking conspiracy that is distributing large quantities of cocaine in the Washington, D.C. and surrounding Maryland area. Your affiant's investigation began around January 2025 and is ongoing. During the investigation and with the assistance of a cooperating witness (CW), law enforcement has conducted several controlled cocaine purchases totaling over 500 grams from Marcus Devonta WILLIAMS ("WILLIAMS") (DOB: XX/XX/XXXX, SSN: XXX-XX-XXXX)

In preparing this Statement of Facts, your affiant has reviewed multiple police reports and summaries of interviews by law enforcement officers relating to their collective investigation, and audio and video recordings which detail the controlled cocaine purchases between WILLIAMS and the confidential source. Because this Statement of Facts is being submitted for the limited purpose of finding probable cause for the issuance of a complaint and arrest warrant, your affiant has not included each and every fact known to your affiant and fellow law enforcement officers concerning this investigation. Your affiant has only set forth the facts that your affiant believes are necessary to establish probable cause for the charge set forth in the complaint and the issuance of an arrest warrant.

The relevant facts are as follows:

In January 2025, the FBI, Drug Enforcement Administration (DEA), Montgomery County Police Department (MCPD), Arlington County Police Department, and U.S. Attorney's Office in Washington, D.C. (USAO DC) began a narcotics investigation that led to the identification of Marcus WILLIAMS as a source of supply of cocaine. The investigation revealed WILLIAMS distributed wholesale quantities of cocaine in Washington, D.C. and the surrounding areas of Maryland.

During the course of the investigation a CW[1] with access to WILLIAMS was developed. The CW had a prior narcotics relationship with WILLIAMS, and told law enforcement that the CW has been purchasing multi-ounce quantities from WILLIAMS over the past few years. The CW was arrested as part of this investigation and pled guilty to Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 846.

---

[1] The CW has provided information that has proven to be truthful. To the extent possible the CW's information has been corroborated through various investigative techniques including but not limited to toll analysis and physical surveillance. The CW pled guilty to a federal drug trafficking offense, is pending sentencing, and is assisting law enforcement in hopes of receiving a lesser sentence.

As part of the investigation, the CW made the following purchases, all of which were organized via text message or recorded calls.

On February 6, 2025 the CW purchased approximately 56 grams of cocaine$^2$ from WILLIAMS in Northeast Washington, D.C. at law enforcements direction.

On February 18, 2025 the CW purchased approximately 63 grams of cocaine from WILLIAMS in Northeast Washington, D.C. at law enforcements direction.

On March 13, 2025 the CW purchased approximately 84 grams of cocaine from WILLIAMS in Northeast Washington, D.C. at law enforcements direction.

On April 18, 2025, the CW purchased approximately 84 grams of cocaine from WILLIAMS in Northeast, Washington, D.C. at law enforcement's direction.

All of the controlled drug purchases were done under the supervision of law enforcement. The CW was searched before and after each purchase and found to be free of contraband, The CW was provided law enforcement funds to make the purchases, law enforcement conducted surveillance of the controlled drug purchases to the extent possible, and during all drug purchases the CW was equipped with transmitting and audio/video recording devices. Additionally, each controlled purchase was initiated by a telephone call, most of which were captured by the CW and preserved by law enforcement.

In addition to these controlled buys, on March 25, 2025 your affiant along with other surveillance units followed WILLIAMS into Silver Spring, Maryland. At approximately 2:15 pm, WILLIAMS parked in the middle of the parking lot at XXXXXXXXXXX, XXXXXXX, XXXXXXX, and briefly met with an individual later identified by law enforcement ("drug customer"). At approximately 2:18 pm, the drug customer entered the passenger side of WILLIAMS Ford Raptor ("Vehicle 1") empty handed. During the course of the investigation, law enforcement has observed WILLIAMS using Vehicle 1 to further the drug trafficking conspiracy to include meeting drug customers and resupplying them will illegal substances. About two minutes later, the drug customer exited the vehicle carrying a brown paper bag. The below photographs depict the drug customer exit Vehicle 1 and walk across the parking lot with the brown paper bag:

---

2 All cocaine purchased by the CW was field-tested and returned a positive result. The cocaine was subsequently submitted to the Montgomery County Forensic Analysis Laboratory for additional testing, which also produced a positive result for cocaine.



The drug customer deposited the brown paper bag into a trash receptacle. The below photograph depicts the drug customer approaching the trash bin:



After disposing of the brown paper bag, the drug customer entered a Mercedes SUV, bearing MD registration XXXXXXX and departed the area as the sole occupant of the vehicle. Your affiant later recovered the bag after the drug customer departed. At approximately 3:11 pm, MCPD marked units stopped the drug customer in the Mercedes. the drug customer's identity was further confirmed by his driver's license. Recovered from inside the Mercedes was approximately 257

grams of cocaine[3] and a loaded handgun. Additionally, the drug customer had a plastic baggie containing approximately 65 assorted pills labeled "RP10," "M15," and "K8," suspected to counterfeit Oxycodone[4]. the drug customer was placed under arrest and transported to MCPD's district station for processing.

Your affiant searched the brown paper bag the drug customer discarded after exiting Vehicle 1. Recovered from inside the baggie were the following items (the items are described based on my training, experience, and knowledge of this investigation and others involving wholesale narcotics distribution):

1. A wrapper containing the word "Gucci" and the number "17" consistent with wrapping used to contain a kilogram of cocaine.

2. A rubber pouch consistent with the kind used to prevent a kilogram of cocaine from getting wet when transported across water.

3. An aluminum pan with cocaine residue consistent with an instrument used for cutting cocaine with other substances, mixing them together and distributing them.

4. A red "solo" cup with cocaine residue consistent with an instrument used for distributing quantities of cocaine.

5. Multiple Ziplock-style baggies consistent with wholesale narcotics distribution.

6. A parking receipt bearing a date/time stamp of March 21, 2025 and 7:18 pm with license plate number "JC-5961" – the same tag number of the Vehicle 1 belonging to WILLIAMS.

The below photographs depict the above-described items:

---

[3] All cocaine was field-tested and returned a positive result. The cocaine was subsequently submitted to the Montgomery County Forensic Analysis Laboratory for additional testing, which also produced a positive result for cocaine.

[4] The pills were also submitted to the Montgomery County Forensic Analysis Laboratory for further analysis which returned a positive lab result for Oxycodone.





On June 2, 2025 the Honorable Timothy J. Sullivan, Chief Magistrate Judge for the United States District Court for the District of Maryland authorized search warrants for two locations and one vehicle attributed to WILLIAMS; XXX XXXXX XXX XXXXXXXX (Location 1), a "mobile mini" construction trailer at XXXX XXXXX X XXXXX XXXXXX (Location 2), and a 2022 Ford f-150 Raptor bearing DC Registration tag XXXXXX and/or vehicle identification number XXXXXXXXXXXXXXXXX (Vehicle 1).

On June 3, 2025, the warrants were executed at Location 1 and Location 2. After entry into Location 1, WILLIAMS was encountered and detained.

Upon execution of the warrants, the following items were seized at Location 1:

1. Approximately five to six ounces of cocaine;

2. $55,000 in U.S. currency;



3. Money counter;

4. Digital scale and items used for packaging and distributing illegal substances.

The following items were seized at Location 2:

1. Packaging material consistent with items used to distribute illegal substances.

Based on the forgoing, your affiant believes there is probable cause to charge WILLIAMS for the offense of conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine.

_____
Joshua Miller, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED BEFORE ME ON THE 3rd DAY JUNE 2025.

_____
THE HONOURABLE ZIA M FARUQUI
UNITED STATES MAGISTRATE JUDGE